UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELORIS A. FLEMING,
    Plaintiff,

vs.                                          CASE NO. 8:13-CIV-318-T-EAK-TBM

CAROLYN W. COLVIN,
Commissioner of Social Security,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Thomas B. McCoun on February 4, 2014 (Doc. 16). The magistrate judge recommended that the Court reverse the decision of the Commissioner denying the plaintiff's claims for a period of disability and remand the case for further proceedings.

      Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had fourteen (14) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. No timely objections to the report and recommendation were filed.

## STANDARD OF REVIEW

      When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990).

However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 16) be **adopted** and **incorporated by reference**; the Court **reverses** the decision of the Commissioner denying the plaintiff's claims for a period of disability and remands the case for further proceedings. The Clerk of Court is directed to enter judgment for the plaintiff and against the defendant, to close the case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 21st day of February, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record

Assigned Magistrate Judge